UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case. No. 1:23-cv-10728-PBS

BENJAMIN MCKILLOP
         Plaintiff/Defendant-in-Counterclaim

v.

MORTGAGE NETWORK, INC., JAMES
COMOSA, and ROBERT McINNES
         Defendants

Case No. 1:23-cv-10729-PBS

SOFIA TRAVAYIAKIS
         Plaintiff
v.

MORTGAGE NETWORK, INC., JAMES
COMOSA, and ROBERT McINNES
         Defendants

Case No. 1:23-cv-10733-PBS

RAVI PAHUJA
         Plaintiff
v.

MORTGAGE NETWORK, INC., JAMES
COMOSA, and ROBERT McINNES
         Defendants

Case No. 1:23-cv-10730-PBS

BRIAN CAVANAUGH
         Plaintiff

v.

MORTGAGE NETWORK, INC., JAMES
COMOSA, and ROBERT McINNES
         Defendants

1

**ASSENTED MOTION TO OBTAIN SETTLEMENT TRANSCRIPT**

Now come the Plaintiffs in the above cases and, with the assent of the Defendants, move the Court to provide the parties a copy of the sealed settlement transcript in these cases, which was entered at mediation by the Court on September 12, 2023.

Benjamin McKillop, Ravi Pahuja,
Brian Cavanaugh, and Sofia Travayiakis,
By their Attorneys,

/s/ *Jack K. Merrill*
_____
Jack K. Merrill, BBO #564749
KSR Law
160 Gould Street, #102
Needham, MA 02494
781-418-5116
jmerrill@ksrlawfirm.com

Date: October 4, 2023

2